```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 20863
   MELVIN A BERGER
   LYNN BERGER                                  CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-6456      SSN XXX-XX-3089


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/07/07 .

     2.  The case was dismissed without confirmation, 05/02/2008.

     3.  The Debtor paid a total of $   9800.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
MOREQUITY                   CURRENT MORTG         .00           .00            .00
MOREQUITY                   MORTGAGE ARRE   NOT FILED           .00            .00
SOVEREIGN BANK              SECURED               .00           .00            .00
SOVEREIGN BANK              MORTGAGE ARRE   NOT FILED           .00            .00
DAIMLER CHRYSLER FINANCI    SECURED VEHIC         .00           .00         1880.00
CITIFINANCIAL RETAIL SVC    SECURED               .00           .00           75.00
CAPITAL ONE BANK            UNSECURED       NOT FILED           .00            .00
CITIBANK                    UNSECURED       NOT FILED           .00            .00
CITIFINANCIAL               UNSECURED       NOT FILED           .00            .00
HOME DEPOT CREDIT SERVIC    UNSECURED       NOT FILED           .00            .00
PRAIRIE DENTAL LTD          UNSECURED       NOT FILED           .00            .00
PRAIRIE EMERGENCY SERVIC    UNSECURED       NOT FILED           .00            .00
PROVENA ST JOSEPH HOSPIT    UNSECURED       NOT FILED           .00            .00
WELLS FARGO FINANCIAL BA    UNSECURED       NOT FILED           .00            .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER           TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00         .00             .00
PRINCIPAL PAID      1955.00          .00          .00         .00         1955.00
INTEREST PAID           .00          .00          .00         .00             .00
TOTAL PAID          1955.00          .00          .00         .00         1955.00
The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $    3500.00
and was paid $   1425.00   direct and $    2075.00   through the plan.

The Trustee received $    234.84 .

Refunds to the Debtor totaled $    5535.16 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 08/20/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE